**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                    Case No.  3:14cr98/MCR

RODNEY D. BUTLER

_____/

### ACCEPTANCE OF PLEA OF GUILTY

  Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, the plea of guilty of the Defendant, RODNEY D. BUTLER, to Counts I, II, and III of the Superseding Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

  **DONE and ORDERED** this 31st day of March 2015.


     s/ *M. Casey Rodgers*
     **M. CASEY RODGERS**
     **CHIEF UNITED STATES DISTRICT JUDGE**