UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.:  3:14cr98/MCR/CJK
3:17cv394/MCR/CJK

RODNEY D. BUTLER

REPORT AND RECOMMENDATION

Defendant filed a "Motion for Appointment of Counsel" in which he requested appointment of counsel and raised a number of ineffective assistance of counsel claims. (ECF No. 692). The district court denied Defendant's motion for appointment of counsel without prejudice. (ECF No. 690). This court construed the remainder of Defendant's motion as a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 693). The court advised Defendant that if he did not wish to have his motion recharacterized as a § 2255 motion he should file an objection or a motion to withdraw. On June 29, 2017, Defendant filed a "Motion to Withdraw the 'Recharacterized' § 2255 Motion." (ECF No. 694).

Accordingly, it is respectfully **RECOMMENDED**:

Defendant's "Motion to Withdraw the 'Recharacterized' § 2255 Motion," (ECF No. 694), be **GRANTED**, and Defendant's motion under 28 U.S.C. § 2255,

Case Nos.: 3:14cr98/MCR/CJK; 3:17cv394/MCR/CJK

as construed from his Motion for Appointment of Counsel, (ECF No. 692), be

**DISMISSED without prejudice.**

At Pensacola, Florida, this 12th day of July, 2017.

*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case Nos.: 3:14cr98/MCR/CJK; 3:17cv394/MCR/CJK