# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 3:14cr98/MCR/CJK
    3:17cv394/MCR/CJK

**RODNEY D. BUTLER**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 12, 2017. ECF No. 695. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's "Motion to Withdraw the 'Recharacterized' § 2255 Motion," ECF No. 694, is **GRANTED**, and Defendant's motion under 28 U.S.C. § 2255, as construed from his Motion for Appointment of Counsel, ECF No. 692, is **DISMISSED without prejudice.**

**DONE AND ORDERED** this 15th day of August, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**