UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.     Case Nos. 3:14cr98-TKW-HTC
          3:17cv672-TKW-HTC

RODNEY D. BUTLER,

    Defendant.
_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 763) and Defendant's objections (Doc. 770). The objections only take issue with the magistrate judge's ruling on Defendant's claim that his counsel was ineffective for failing to file a motion for improper venue. Upon de novo review of that claim, *see* Fed. R. Civ. P. 72(b)(3), the Court agrees with the magistrate judge that any motion to change venue would have been meritless (and, thus, counsel was not ineffective for failing to file such a motion) because the record shows that Defendant admitted in connection with his plea that he participated in a conspiracy to distribute cocaine and launder money in Pensacola. *See* Doc. 615, at 11; Doc. 377, at 1-2.

The Court also sees no error in the magistrate judge's rulings on any of the other claims raised in Defendant's §2255 motion, and because Defendant has not

made a substantial showing of the denial of a constitutional right, there is no basis for the Court to issue a certificate of appealability. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is **ADOPTED** and incorporated by reference in this Order.

2. Defendant's §2255 motion to vacate, set aside, or correct his sentence is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 27th day of July, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**